**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CLAUDENE M.,

                Plaintiff,                24 **CIVIL** 7185 (GRJ)

      -against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated June 23, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 16) is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED. Judgment is entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York
          June 24, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                 **BY:**

                                                        **Deputy Clerk**